**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMES J. MACKENZIE,

        Plaintiff,

v.                             CASE NO. 07-13560
                                 HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF
SOCIAL SECURITY

        Defendant.

_____/

**OPINION AND ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

      Plaintiff filed the instant action seeking Social Security disability insurance benefits.  This matter is currently before the Court on Magistrate Judge Binder's Report and Recommendation of May 21, 2008, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted.  Plaintiff has filed objections to the Magistrate's Report and Recommendation.

      After a thorough review of the court file, the respective parties' motions, Plaintiff's objections, and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Therefore,

      IT IS ORDERED that Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED.

      IT IS FURTHER ORDERED that Plaintiff's claim is DISMISSED.

IT IS SO ORDERED.


                                        S/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE


Dated:  July 28, 2008

                         CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of this Order was served upon the attorneys of
record by electronic or U.S. mail on July 28, 2008.


                                        S/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290